UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD STRICKLAND,
    Petitioner,

v.                                              Case No.:  3:13cv404/MCR/EMT

MICHAEL D. CREWS,
    Respondent.
_____/

### ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 3, 2014 (doc. 18).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has made a de novo determination of any timely filed objections.  (*See* doc. 20).

Having considered the Report and Recommendation, and the timely filed objections, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (doc. 4) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 1st day of May, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**